**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CHADWICK LAQUAN DAVIS, SR.**                                    **PETITIONER**

**v.**                                                          **No. 3:26-cv-163-GHD-JMV**

**RHONDA AMIS, et al.**                                          **RESPONDENTS**

**ORDER REQUIRING PETITIONER TO SUBMIT AN AMENDED PETITION**
**ON THE PROPER FORM; ALSO REQUIRING PETITIONER TO EITHER PAY THE**
**FILING FEE OR SUBMIT A MOTION TO PROCEED *IN FORMA PAUPERIS***

**CHADWICK LAQUAN DAVIS, SR.** has submitted a document that the court construes as a

petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.   The petitioner has not, however, used

the court's standard form for such petitions.   The court uses these forms for the expeditious

administration of *habeas corpus* petitions.

In addition, the petitioner is required to either pay the filing fee of $5.00 or submit a proper

request to proceed *in forma pauperis.*   Petitioner will be provided the opportunity to submit either the

$5.00 payment of the filing fee or the proper request to proceed *in forma pauperis.*

Therefore, it is **ORDERED:**

(1) The petitioner must complete and return the enclosed *habeas corpus* form within 21
days.

(2) That within 21 days petitioner is directed to either pay the filing fee with a money
order or a check issued from his prison inmate account or fill out the attached
application to proceed *in forma pauperis*, complete the authorization for release, and
have the authorized officer responsible for overseeing his prison account fill out the
certificate of account, and mail to the Clerk's Office.

Petitioner is also warned that his failure to comply with the requirements of this order may lead

to the dismissal of his petition for failure to prosecute and for failure to comply with an order of the

court.

This, the 17th day of June, 2026.

/s/    **Jane M. Virden**
**UNITED STATES MAGISTRATE JUDGE**