## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**CHADWICK LAQUON DAVIS, JR.**                                           **PETITIONER**

**v.**                                             **No. 3:26-cv-163-GHD-JMV**

**RHONDA AMIS, et al.**                                          **RESPONDENTS**

### ORDER OF DISMISSAL

This matter comes before the court *sua sponte*. Chadwick Laquon Davis, Jr. has filed a petition in this case filed under 28 U.S.C. §2254. [1] On June 17, 2026, this Court ordered Petitioner to submit a completed 2254 form and either pay the filing fee or submit a completed application to proceed *in forma pauperis* within twenty-one (21) days. Doc. [3]. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

    **SO ORDERED**, this, the 22nd day of July, 2026.

                                                          **U.S. DISTRICT JUDGE**